UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUNDREY LEDELLE LETT, | ) | NO. EDCV 12-1874 JFW (SS) |
| | ) | |
| Plaintiff, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| | ) | |
| EDMUND G. BROWN, et al., | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

//

//

//

//

//

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 26, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2