JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUNDREY LEDELLE LETT,<br><br>        Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, et al.,<br><br>        Defendants. | NO. EDCV 12-1874 JFW (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 26, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE